HATTIE LEARY et al., Appellants, v. CITY OF NEW YORK et al., Respondents.— On the record plaintiffs have made a

sufficient showing to warrant the granting of a preference. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.